# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| Chambers of<br>**STEVEN C. MANNION**<br>United States Magistrate Judge | Martin Luther King Jr, Federal Bldg.<br>& U.S. Courthouse<br>50 Walnut Street<br>Newark, NJ 07102<br>(973) 645-3827 |

March 22, 2019

### LETTER ORDER TO SHOW CAUSE

**Re: Zelma v. Audina Hearing Instruments Inc., et al.**
**Civil Action No. 2:18-cv-14655 (KM-SCM)**

Dear Litigants:

This action may be remanded by the District Court pursuant to 28 U.S.C. § 1447(c) for lack of subject matter jurisdiction. This Court has an independent and continuing obligation to assess its jurisdiction and may raise the issue *sua sponte*.[1] By letter dated February 1, 2019, this Court ordered defendants to file corrected jurisdictional declarations within 14 days. There has been no response. This Court may therefore impose sanctions for failing to comply with an order pursuant to Federal Rules of Civil Procedure 16(f) and 37.

Defendants shall show cause in writing within 14 days of entry of this order, why sanctions should not be respectively imposed against them for failure to comply with the Court's February 1, 2019 order.

**IT IS SO ORDERED.**

*Steven C. Mannion*
Honorable Steve Mannion, U.S.M.J.
United States District Court,
for the District of New Jersey
phone: 973-645-3827

3/22/2019 8:21:02 PM

---

[1] *Zambelli Fireworks Mfg. Co. v. Wood*, 592 F.3d 412 (3d Cir. 2010).

Original: Clerk of the Court
Hon. Kevin McNulty, U.S.D.J.

cc: All parties