# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

Chambers of
**STEVEN C. MANNION**
United States Magistrate Judge

Martin Luther King Jr, Federal Bldg.
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102
(973) 645-3827

June 19, 2019

### LETTER ORDER

Re: Zelma v. Audina Hearing Instruments, Inc. et al.
Civil Action No. 2:18-cv-14655-KM-SCM

Dear Litigants:

This Court has previously informed the parties that this matter may be remanded by the District Court pursuant to 28 U.S.C. § 1447(c) for lack of subject matter jurisdiction.[1] This Court has an independent and continuing obligation to assess its jurisdiction and may raise the issue *sua sponte*.[2]

This Court ordered Defendants Hear Better For Life, John Monaco, Sarah Trauring, and Isroel Max to file jurisdictional declarations by April 26, 2019.[3] There has been no response. Plaintiff has informed this Court that Defendants did not file within the deadline pending the finalization of a settlement-in-principle, which has since dissolved. These settlement discussions did not obviate Defendants' obligation to comply with the Court's Order.

Unless Defendants file corrected jurisdictional declarations within 7 days of the entry of this Order, this Court may impose sanctions for failure to comply with an order pursuant to Federal Rules of Civil Procedure 16(f) and 37.

**SO ORDERED.**

---

[1] (ECF Docket Entry ("D.E.") 15; D.E. 17).

[2] *Zambelli Fireworks Mfg. Co. v. Wood*, 592 F.3d 412 (3d Cir. 2010).

[3] (D.E. 19).



Honorable Steve Mannion, U.S.M.J.
United States District Court,
for the District of New Jersey
phone: 973-645-3827

c:

RICHARD M. ZELMA
940 BLANCH AVENUE
NORWOOD, NJ 07648