UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARD M. ZELMA<br>          Plaintiff,<br>v.<br><br>AUDINA HEARING INSTRUMENTS, INC., et al<br>          Defendants. | Civil Action<br><br>2:18-cv-14655-KM-SCM<br><br>**PRETRIAL SCHEDULING ORDER** |

For the reasons set forth on the record today,

**IT IS** on this Wednesday, January 22, 2020,

**ORDERED THAT**:

**1.**  The Court will hold an in-person conference on 3/31/2020 to resolve the issue of diversity jurisdiction; discuss settlement; and hear defense counsel's anticipated motion to withdraw.  Defense counsel and each defendant must appear with settlement authority before Judge Mannion at 2:00 p.m.  Plaintiff Richard Zelma may appear by telephone because of his disability.

**2.**  The motion to withdraw shall be filed no later than 2/21/2020 and will be returnable on 3/31/2020.

**3.   FAILURE TO FOLLOW THIS ORDER OR ANY SUBSEQUENT SCHEDULING ORDERS WILL RESULT IN SANCTIONS PURSUANT TO Fed.R.Civ.P. 16(f) and 37.**



Honorable Steve Mannion, U.S.M.J.
United States District Court,
for the District of New Jersey
phone: 973-645-3827

1/22/2020 4:44:14 PM

Original: Clerk of the Court
Hon. Kevin McNulty, U.S.D.J.
cc: All parties
      File