COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP
Alex A. Pisarevsky, Esq.
Park 80 West – Plaza One
250 Pehle Ave., Suite 401
Saddle Brook, NJ 07663
Phone: (201)845-9600
ap@njlawfirm.com

Attorneys for Defendant,
John Monaco

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARD M. ZELMA,<br><br>　　　　　　Plaintiff,<br>v.<br><br>AUDINA HEARING INSTRUMENTS, INC., HEAR BETTER FOR LIFE, JOHN MONACO, SARAH R. LOVE TRAURING, ISROEL MAX aka Isreal Sruly, MAXSIP TELECOM CORP., JOHN DOES,<br><br>　　　　　　Defendants.<br><br>AUDINA HEARING INSTRUMENTS, INC.,<br><br>　　　　　　Cross-Claimant.<br><br>HEAR BETTER FOR LIFE,<br><br>　　　　　　Cross-Defendant | Case No. 2:18-cv-14655 KM/ESK<br><br>**CONSENT ORDER EXTENDING TIME FOR DEFENDANT JOHN MONACO TO RESPOND TO CROSSCLAIM OF DEFENDANTS YISROEL MAX AND MAXSIP COMMUNICATIONS, CORP. PURSUANT TO L.CIV.R. 6.1(b)** |

WHEREAS, this matter having come before the Court by way of an application by Defendant John Monaco ("Monaco"), by and through his counsel, Cohn Lifland Pearlman Herrmann & Knopf LLP, with the consent of Defendants/Cross-Claimants Yisroel Max and Maxsip Communications Corp's counsel, Shapiro, Croland, Reiser, Apfel & Di Iorio, LLP, pursuant to L.Civ.R. 6.1(b), for an extension of time within which Monaco must answer, move

or otherwise respond to the Cross-Claims of defendants, Yisroel Max and Maxsip Communications Corp.,

    It is ORDERED as follows:

1. Defendant Monaco's time to respond to the Cross-Claims of Yisroel Max and Maxsip Communications Corp. shall be extended to Wednesday, November 25, 2020.

We hereby consent to the form, substance, and entry of the within Order.

| | |
|---|---|
| COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP<br>Attorneys for defendant<br>John Monaco | SHAPIRO, CROLAND, REISER, APFEL & DI IORIO, LLP<br>Attorneys for Defendants/Cross Claimants, Yisroel Max and Maxsip Communications Corp. |
| By: /s/Alex A. Pisarevsky<br>    Alex A. Pisarevsky, Esq.<br>    A Member of the Firm | By: /s/David O. Marcus<br>    David O. Marcus, Esq. |

Dated: December 1, 2020

 

_____
**Edward S. Kiel**
**United States Magistrate Judge**