UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARD M. ZELMA,<br><br>                    Plaintiff,<br><br>     -  against –<br><br>AUDINA HEARING INSTRUMENTS, INC. and HEAR BETTER FOR LIFE a/k/a, d/b/a HEARING BETTER FOR LIFE, LLC, and JOHN MONACO (Individually) and SARAH R. LOVE TRAURING (Individually) and YISROEL (ISRAEL SRULY) MAX (Individually) and MAXSIP TELECOM CORP. and TELEMARKETERS[S] CALLING FROM [855] 888-4327; 746-7748; (201) random local spoofed non-working numbers and Does' (1-10 and ABC Corporations' (1-10); each acting individually, in concert or as a group,<br><br>                    Defendants. | Civil Action No.: 2:18-cv-14655-KM-SCM<br><br>**NOTICE OF WITHDRAWAL/ AMENDMENT OF SEPARATE DEFENSES OF DEFENDANTS MAXSIP TELECOM CORP. AND YISROEL MAX**<br><br>**(Filed Electronically)** |

PLEASE TAKE NOTICE that the Defendants Maxip Telecom Corp.and Yisroel Max hereby withdraw the third separate defense contained in their answer without prejudice and amend the sixth separate defense to provide that "Plaintiff suffered no injury for which he is entitled to compensation from Defendants Maxsip or Israel Max".

By: */s/ David O. Marcus*
David O. Marcus
SHAPIRO, CROLAND, REISER, APFEL & DI IORIO, LLP
Bar No. 025991985
411 Hackensack Avenue
Hackensack, New Jersey 07601
Telephone: (201) 488-3900

870096

                                                                  Telecopier: (201) 488-9481
                                                       Attorneys for Defendants, Israel Max
                                                            and MaxsipTelecom Corp.

Dated: December 15, 2020

870096