UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARD M. ZELMA,<br><br>    Plaintiff,<br>v.<br><br>AUDINA HEARING INSTRUMENTS, INC., HEAR BETTER FOR LIFE, JOHN MONACO, SARAH R. LOVE TRAURING, ISROEL MAX aka Isreal Sruly, MAXSIP TELECOM CORP., JOHN DOES,<br><br>    Defendants.<br><br>AUDINA HEARING INSTRUMENTS, INC.,<br><br>    Cross-Claimant.<br><br>HEAR BETTER FOR LIFE,<br><br>    Cross-Defendant | Case No. 2:18-cv-14655 KM/SCM<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ISRAEL MAX (IMPROPERLY PLED AS ISROEL MAX aka ISREAL SRULY) AND MAXSIP TELECOM CORP.'s CROSS CLAIMS AGAINST JOHN MONACO PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to this Stipulation, that the cross claims of defendants Israel Max (improperly pled as Isroel Max aka Isreal Sruly) and Maxsip Telecom Corp. against defendant John Monaco are hereby dismissed with prejudice and without costs, disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii).

COHN LIFLAND PEARLMAN
HERRMANN & KNOPF LLP
*Counsel for defendant John Monaco*

By: _____  Dated: 3/23/21
Alex A. Pisarevsky, Esq.
Park 80 West - Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, New Jersey 07663
(201) 845-9600
ap@njlawfirm.com


SHAPIRO, CROLAND, REISER,  Dated: March 23, 2021
APFEL & DI IORIO, LLP
*Counsel for defendants Israel Max
and Maxsip Telecom Corp.*

By: _____
411 Hackensack Avenue
Hackensack, New Jersey 07601
(201) 488-3900
DMarcus@shapiro-croland.com

**SO ORDERED**

**s/Kevin McNulty
Hon. Kevin McNulty
U.S. District Judge
Date: 3/24/2021**