UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **RICHARD M. ZELMA**<br><br>　　　**Plaintiff,**<br><br>v.<br><br>**AUDINA HEARING INSTRUMENTS, INC.,** *et al.*<br><br>　　　**Defendants.** | Civ. No. 18-14655 (KM) (ESK)<br><br>**ORDER** |

　　　This matter having come before the Court on Plaintiff's motion (DE 78) to voluntarily dismiss with prejudice his claims against Defendants Yisroel Max (improperly pled as Isroel Max) and Maxsip Telecom Corp. and on the cross-motion (DE 79) of Defendants Max and Maxip Telecom Corp. for leave to amend their first Amended Answer, and the Court having considered the submissions of the parties (DE 78-1, DE 79, DE 79-1, DE 79-2, DE 82, DE 86, DE 87); for the reasons stated in the accompanying Opinion, and good cause appearing therefor;

　　　**IT IS** this 20th day of April 2021,
　　　**ORDERED as follows:**

(1) Plaintiff's motion (DE 78) to voluntarily dismiss **with prejudice** Defendants Max and Maxsip Telecom Corp. from his Amended Complaint is **GRANTED**.

(2) The motion (DE 79) of Defendant Max and Maxsip Telecom Corp. for leave to amend their first Amended Answer, and their cross-application for Rule 11 sanctions, are **DENIED**.

(3) All claims against all Defendants having been dismissed, the matter is terminated.

The clerk shall close the file.

/s/ Kevin McNulty
_____
**Kevin McNulty**
**United States District Judge**